UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| NANCY MARIE RICE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:13-CV-204 |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
|     Defendant. | ) | |

## **O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated August 11, 2014. [Doc. 20] The plaintiff has filed objections to that report. [Doc. 21]. After careful *de novo* consideration of the Report and Recommendation of the United States Magistrate Judge, and the objections filed by the plaintiff, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, that the motion for summary judgment filed by the plaintiff is **DENIED**, [Doc. 14], and the motion for summary judgment filed by the defendant is **GRANTED.** [Doc. 18].

    ENTER:

                                                                s/J. RONNIE GREER
                                                        UNITED STATES DISTRICT JUDGE